IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : CASE NO. 4:23-CR-18 (CDL-MSH) |
| **JERRY STARKS**<br>    **Defendant** | : |

### ORDER ON RESTITUTION

AND NOW, upon review and consideration of the Restitution Agreement, it is ORDERED that the Restitution Agreement is APPROVED and ADOPTED by this Court.

IT IS FURTHER ORDERED that:

a. <u>A Better Pawn & Insurer – North American Risk Services</u>

   i. Defendant STARKS shall pay restitution, jointly and severally, of $17,564.40: $10,810.00 to A Better Pawn, and $6,754.40 to its insurer, North American Risk Services. Restitution will be paid jointly and severally with co-defendants Holland, Sanders, and Braxton.

The restitution will be distributed to each victim listed in the Agreement by the Clerk of this Court. The full amount of the restitution imposed will be due and

payable immediately, and present and future assets of each Defendant are subject to enforcement and may be included in the treasury offset program allowing qualified federal benefits to be applied to the balance of the restitution owed.

SO ORDERED, this 30th day of August 2024.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA